UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SHAMAR MORRISON**,

    **Plaintiff**,

v.     Case No. 3:21cv246-TKW-EMT

**NAVY FEDERAL CREDIT UNION**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of voluntary dismissal with prejudice (Doc. 13), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 21st day of December, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**